TROUTMAN PEPPER LOCKE LLP
Meagan S. Tom (SBN 273489)
meagan.tom@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Attorneys for Defendant
Chex Systems, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| NOAH CLEMONS, | ) | CASE NO.: 4:26-cv-02240-HSG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON STIPULATION TO EXTEND** |
| vs. | ) | **TIME TO RESPOND TO COMPLAINT** |
| | ) | |
| CHEX SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | Complaint Filed: March 13, 2026 |
| | ) | |
| | ) | |
| | ) | |

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
*Clemons v. Chex Systems, Inc.,* Case No. 4:26-cv-02240-HSG

Good cause appearing, the deadline for defendant Chex Systems, Inc. to respond to the Complaint of plaintiff Noah Clemons is extended to June 22, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/29/2026_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge